NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SANDRA SUTTON,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2010-3147

---

Petition for review of the Merit Systems Protection Board in case no. CH844E090813-I-1.

---

## ON MOTION

---

## ORDER

Upon consideration of the Merit Systems Protection Board's motion for a 21-day extension of time, until October 25, 2010, to file its brief,

IT IS ORDERED THAT:

The motion is granted.

For The Court

**OCT  0 7 2010**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Sandra Sutton
      Sara B. Rearden, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

OCT 0 7 2010

**JAN HORBALY**
**CLERK**